MILLER v. BURROWS et al. (Supreme Court, Appellate Division, Third Department. January 18, 1905.) Action by T. De Witt Miller, as executor, etc., of George Rider, deceased, against Walter R. Burrows and others.

PER CURIAM. Motion denied, and appellant given leave to perfect his appeal by bringing in additional parties, upon payment within 20 days to respondent of $10 costs of motion.

---

MILLIKEN, Appellant, v. FULLERTON, Respondent. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by John P. Milliken against Harry B. Fullerton.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the authority of Harvard Company v. Wicht (decided Dec. 15, 1904) 91 N. Y. Supp. 48.

---

MITCHELL, Appellant, v. NORTHERN SECURITY OIL & TRANSPORTATION CO., Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by Caroline B. Mitchell against the Northern Security Oil & Transportation Company. F. Bien, for appellant. A. Thain, for respondent. No opinion. Order (90 N. Y. Supp. 60), affirmed, with $10 costs and disbursements.

---

In re MITCHELL'S ESTATE. (Supreme Court, Appellate Division, First Department. December 23, 1904.) In the matter of Mar-

garet Mitchell, deceased. E. G. Davis, for appellants. No opinion. Order affirmed, with $10 costs and disbursements.

---

MIX, Respondent, v. HAMBURG–AMERICAN S. S. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by Barbara Mix, as administratrix, against the Hamburg-American Steamship Company. E. P. Wheeler, for appellant. J. C. Palmer, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including interest, costs, and allowance, to the sum of $18,902.53, in which event judgment, as so modified, and order, affirmed, without costs.

---

MONIGAN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by Mary J. Monigan, as administratrix, etc., against the Erie Railroad Company. No opinion. Motion denied.

---

MOTT, Respondent, v. EDWARDS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by William K. Mott against Eleazer W. Edwards and another.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted; this court certifying that in its opinion a question of law has arisen on this appeal which ought to be reviewed by the Court of Appeals.

---

MULLIGAN, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by John Mulligan against the Erie Railroad Company. No opinion. Motion denied.

---

MURPHY, Respondent, v. CUFF, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by John Murphy against Edward Cuff. No opinion. Judgment and order affirmed, with costs.

---

MURPHY v. KELLY. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by James E. J. Murphy against Catherine T. Kelly.

PER CURIAM. Motion to dismiss the appeal from the order entered on the 15th day of November, 1904, granted, with $10 costs. Motion to dismiss appeals from the orders entered on the 16th and 21st days of December, 1904, denied.

---

In re MYER'S WILL. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) In the matter of the proceeding for the revocation of the probate of the last will and testament of Mary A. Myer, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs to the respondents and special guardian, payable out of the estate.